RECEIVED
APR 20 2000
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
APR 20 2000
ROBERT H. SHEMWELL, CLERK
BY ______ DEPUTY

# COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT

Kevin Dominique

# 161116
Inmate (DOC) number

CV00- 1028 S SEC

(Enter above the full name of each plaintiff in this action.)

JUDGE WALTER
MAGISTRATE JUDGE PAYNE

VERSUS

Kelly Ward, Ray Hanson
Sgt. Banks, Lt. Dunn, Michael
Wilkins, Roderick Malcolm, Timothy
Williams, Lt. Wyatts

(Enter above the full name of each defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety

1

and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for <u>each</u> defendant no longer employed by the Department of Public Safety and Corrections.

<u>All copies of the complaint must be identical to the original</u>.

The names of <u>all parties</u> must be listed in the caption and in part III of the complaint <u>exactly the same</u>.

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 150.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, <u>DO NOT INCLUDE EXHIBITS</u>.

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the [redacted] District of Louisiana, [redacted], [redacted].
Western

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( ✓ ) No ( )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
Plaintiff(s): Kevin Dominique

Defendant(s): Warden, Kelly Ward, Capt. Rogers, Lt. Scriber
Sgt Rayburns

2. Court (if federal court, name the district; if state court, name the parish): 19th Judicial District Court, Parish of East Baton Rouge

3. Docket number: 457-589 Divison H

4. Name of judge to whom case was assigned: I haven't been informed as of yet.

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): still pending

6. Date of filing lawsuit: February, 1999
7. Date of disposition: ______

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
Yes ( ) No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

II. Place of present confinement: David Wade Corr. Ctr.

A. Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. WCC-99-1589, WCC-00-0461, WCC-00-0430, DBA-WCC-00-0088

2. What steps did you take? (steps 1, 2, and 3) also I wrote appeals on the bogus R.V.R write-ups.

3. What was the result? Officers denying the facts and other A.R.P.s were abandoned or else back logged.

D. If your answer is No, explain why not: ______

III. Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) Kevin Dominique #161116
Address D.W.C.C. | 670 Bell Hill Rd. \ Homer, La. 71040

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Kelly Ward
is employed as Warden
at David Wade Correctional Center

C. Additional Defendants: Ray Hanson - c/ Major - D.W.C.C., Mr. Dunn c/ Lieutenant - D.W.C.C, Mr. Wyatts - c/ Lt. - D.W.CC, Mr. Banks - c/ sgt. - D.W.CC., Michael Wilkins - c/ sgt. - D.W.C.C., Roderick Malcolm - c/ sgt D.W.C.C., Timothy Williams - c/ sgt. - D.W.C.C.

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not given any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1) In the month of January I began being harassed by Sgt. Banks and being written up on bogus and fabricated R.V.R (write-ups) as a means of retaliation for the A.R.P. I had filed on him for deliberately opening up the windows and turning on the blowers (cooling system) amid freezing temperatures outside, which caused me and others on N-3-A tier unnecessary cruel punishment. I also indicated that Sgt. Banks harassment lead to constant threats, threats of excessive force inwhich he would shake a can of Deepfreeze (mace) in front of my cell in a very sinister manner.

2) After receiving my last fabricated R.V.R. from Sgt. Banks, I was moved to another tier. upon me going to D.B. court for the fabricated R.V.R.'s, Major Hanson and Jamie Fussell failed to take into consideration

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. To issue an order (preliminary injunction) and/or restraining order on the defendants mentioned in this petition for my safety in preventing me of being further

VI. Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this 13 day of April, 2000.

Kevin Dominguez
Signature of plaintiff(s)

RECEIVED
APR 20 2000
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

Statement Of Claim
(continuance from Pg. 5) Added Pg.(1)

the ARP. that I had previously filed on sgt. Banks, and found me guilty there by imposing unjust punitive sanctio against me.

3.) Later during the month of February when myself an other inmates around the surrounding area of Homer, La were experiencing freezing tempertures, upon Major Hanso making a routine round on N-4-B tier I respectfully re quested if I could be afforded to having my blanket be ing that I was on Isolation for the fabricated R.V.R.'s, and being that the heating system was not adequate eno to Keep the tier warm.

4.) Upon my request Major Hanson flat out refused my request to have a blanket, and afterwards Major Hanson, Lt. Dunn and other security officers began to antagoniz me for having such a notion, and later called for some Deep freeze (Mace) inwhich he and Lt. Dunn began shaking th cans of mace while verbally assaulting me, inwhich they began to threaten me with the excessive force of (Mace), tellin me to "sit your ass down and shut your fucking mouth". I complied to their orders, but this was totally unnecessary being that I was already inside my cell on (Extended Lockdo with the door of my cell being locked, so I couldn't have bee a threat to them, in having them to threaten me with mace.

5) During that same month of February Major Hanso had me escorted to his office and asked me to drop th A.R.P. I had filed on him and in return he would tak me off of (Extended-Lockdown), however I simply decline his offer, because of the enormous amount of harassment and threats I was receiving.

# Statement Of Claim

(Continuance from pg. 5) Added pg. (2)

6) On February 22, 2000 I was placed on strip (Posted Policy #53) by Major Ray Hanson per Warden Kelly Ward fo approximately 30 days and I received other disciplinary sanctions upon Major Hanson sentencing me on a (Threat To security) R.V.R. at D.B court for placing a piece of wet toilet paper over the lens of a surveillance camera that had been placed in my cell.

I placed the wet toilet paper over the lens of the camera while I use the toilet to secure my privacy, bein that my D.O.C. status didn't require me to be monitered inside my cell, Particularly by a female officer who was monito the camera at the time. I also would like to mention that I made numerous requests to the security staff to be moved to anot cell without a camera Prior to the camera being placed in my cell.

My actions involving that (Threat to security) did not constitute as grounds for me to have been placed on (Poste Policy #53.

7) On March 22, 2000 Sgt. Michael Wilkins accused me of filing an A.R.P. on him and said to me "I gotch you" meaning that he intended to retaliate against me. Later that night Sgt. Wilkins refused to let me out of my cell to tak a shower, and when it came time for those on Isolation to receive their mattress, Sgt. Wilkins, refused me of obtaini my mattress for the night. Also, on March 28th and 29th I was subject of being denied a shower and my mattress once again by Sgt. Wilkins. Also, on all 3 occasion Lt. Wyatt was assisting Sgt. Wilkins.

# Statement Of Claim

(Continuance from pg. 5) Added pg. (3)

8) upon being denied to take a shower and of receiving my mattress by Sgt. Wilkins, my toilet water and drinking water was cut off in my cell. As if they were anticipating on me becoming hostile, so that they would have a reason to mace me and I wouldn't be able to flush my toilet to get some fresh oxygen and wouldn't be able to clean the chemical agent off of me.

9) On March 30, 2000 I was written up on a fabricated R.V.R. write-up by Sgt. Roderick Malcolm for merely inquiring about my property that was placed in a (cardboard) box by him on March 21, 2000 to be mailed to my home, in preparing for my release date of April 23, 2000. Being that I hadn't received any information from the mailroom as to when my property was mailed, being that I requested it to be mailed certified with a return receipt, I resorted to inquire to him about the matter.

10) On April 2, 2000 I was written up on a fabricated R.V.R. write-up by Sgt. Williams, which depicted me as being belligerent, hostile and vulgar towards him. This officer wrote me up bogusly because I brought to his attention that he was showing favortism towards a few of his homeboys, who are from up North, by allowing them to stay out on the tier exceeding the prescribe time limit during indoor recreation on (Extended Lockdown), but allowing me a fraction of the prescribe time limit.

The bogus R.V.R. that I received from Sgt. Williams not only caused me unjust punitive punishment, it also prevented of receiving indoor and outdoor recreation for 10 days.

Statement Of Claim
(continuance from pg. 5) Added pg. (4)

11) Today which is April 10th, 2000 I was written up again on 2 fabricated R.V.R write-ups consisting of a Aggravated Disobedience and Difiance by Sgt. Williams. Upon Lt. Paranuk bringing me the bogus R.V.R's to sign, along with Major Hanson and Sgt. Williams, I informed Lt. Paranuk and Major Hanson of the fabricated R.V.R. that Sgt. Williams had infringed upon me because of me making mention to him of the favortism he was showing towards his home-boys and the prejudice statement he ma stating that "Inmates from down-south ain't shit". I also informed them that Sgt. Williams had threaten me by [redacted] stating that "before it's all over I'm going to see to you getting a street charge", implying that he planed to fabri cate an R.V.R. Write-up on me in such a way, as to cau me to be brought before the Homer Court-House in receivin another prison sentence. Both Lt. Paranuk and Major Han responded by saying there was nothing they can do abou the situation, and that they will take their officers wor over an inmate's anytime.

I also requested to be moved another location and lo tier so that I wouldn't be subjected to any further fab ricated R.V.R write-ups by Sgt. Williams, but they tol me that I was fine where I was at, thus refusing to have me moved out of harms way.

April 13, 2000

Kevin Dominique

Relief
(Continuance from pg. 6) Added pg. (1)

mistreated, harassed and threatened. And so that my rights as a prisoner will no longer be violated.
2.) I'm also seeking Mental Anguish and unjust punitive Punishment claims, for the Pain and suffering that D.W.C. has caused me.
3) I also seek for any-other claims that I may be entitled to, by the courts discretion.

April 13, 2000

Kevin Dominguez